# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-CV-00240-SNLJ ) |
| PEMISCOT COUNTY JUST. CENTER, | ) ) |
| Defendant. | ) ) ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's amended complaint. Plaintiff has failed to submit a copy of his prison account statement, *see* 28 U.S.C. § 1915(a). Before the Court may review plaintiff's motion to proceed in forma pauperis, the Court must have a copy of his prison account statement in order to assess an initial partial filing fee, in accordance with the Prison Litigation Reform Act. *Id.*

Accordingly,

**IT IS HEREBY ORDERED** that within thirty (30) days of the date of this Order, plaintiff shall submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 30th day of December, 2015.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**